IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ISAIAH BELL JR.,

    Plaintiff,

v.

MICHAEL MEISNER, JANEL NICKEL, DONALD MORGAN, ANTHONY ASHWORTH, DAVID LIPINSKI, TIMOTHY CASIANA, SEAN SALTER, TIMOTHY HIGBEE, PETAR KARNA, THOMAS SCHOENEBERG, NICHOLAS BREEDEMAN, KEVIN BOODRY, DR. DALIA SULIENE, DR. KURT SCHWEBKE, DR. LESLEY BAIRD, DR. TRACY JOHNSON, DR. PATRICK KUMKE, DR. TERESA MCLAREN, DR. RYAN TOBIASZ, PATRICK HOOPER, TRAVIS MARTIN, JOSEPH CICHANOWWIEZ, RANDY L. SCHNEIDER, SCOTT R. CALHOUN, COREY M. NICHOLS, JEREMY WILEY, TRAVIS HAAG, JAMES SCHRAUFNAGEL, MATTHEW LEITNER, LOGAN WALKER, TERRY SCHULTZE and JUSTIN BROWN,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-297-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered granting summary judgment in favor of defendants Michasel Meisner, Janel Nickel, Donald Morgan, Anthony Ashworth, David Lipinski, Timothy Casiana, Sean Salter, Timothy Higbee, Petar Karna, Thomas Schoenberg, Nicholas Breedeman, Kevin Boodry,

Dr. Dalia Suliene, Dr. Kurt Schwebke, Dr. Lesley Baird, Dr. Tracy Johnson, Dr. Patrick Kumke, Dr. Teresa McLaren, Dr. Ryan Tobiasz, Patrick Hooper, Travis Martin, Joseph Cihanowwiez, Randy L. Schneider, Scott R. Calhoun, Corey M. Nichols, Jeremy Wiley, Travis Haag, James Schraufnagel, Matthew Leitner, Logan Walker, Terry Schultze and Justin Brown and dismissing this case.

| /s/ | 2/12/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |